**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RICHARD RETTIG, Individually and as** | : | **CIVIL ACTION** |
| **the representative of a class of** | : | |
| **similarly situated persons** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **NEW QUALITY RESTAURANT** | : | **NO. 10-0280** |

## ORDER

AND NOW, this 11th day of October, 2011, upon consideration of the Plaintiff's

Motion to Voluntarily Dismiss and for Approval of Dismissal (Document No. 49) and after

oral argument, it is **ORDERED** that the motion is **GRANTED**.

IT IS FURTHER ORDERED that this action is **DISMISSED**.



/s/Timothy J. Savage
TIMOTHY J. SAVAGE,  J.